FILED: February 11, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4974

(1:13-cr-00123-WO-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

IVAN STANLEY COVINGTON

        Defendant - Appellant

_____

O R D E R

_____

The court rescinds the the improperly issued briefing schedule in this case.

The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk