IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CASE NO.: 13 – 4974

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| APPELLEE, | ) | |
| | ) | APPELLANT'S MOTION TO |
| v | ) | STAY BRIEFING AND HOLD |
| | ) | APPEAL IN ABEYANCE |
| IVAN STANLEY COVINGTON, | ) | |
| | ) | |
| APPELLANT. | ) | |

    NOW COMES Appellant, Ivan Stanley Covington, by and through undersigned counsel, and respectfully moves pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 12(d) to stay the briefing schedule and hold this appeal in abeyance pending this Court's reconsideration of *United States v Newbold,* 215 Fed. Appx. 289 (4th Cir. 2007), Record No. 06-4159. In support of said motion, Appellant shows the Court that:

    1.    The sole issue on appeal is whether drug offenses which under current law are not punishable by ten years or more are "serious drug offenses" under the Armed Career Criminal Act if they were punishable by ten years or more at the time they were committed.

2.    To the best of counsel's knowledge, the only time this Court has addressed the issue presented herein was in *United States v Newbold*, 215 Fed. Appx. 289 (4th Cir. 2007)

3.    On January 13, 2014, the United States Supreme Court vacated this Court's decision in *Newbold* and remanded the case for reconsideration. *Newbold v United States*, 214 U.S. Lexis 637 (1/13/2014). That reconsideration is currently pending before the Court.

4.    Holding this appeal in abeyance is appropriate because it presents the same issue currently under reconsideration by this Court.

5.    Counsel has conferred with Assistant United States Attorney, Clifton T. Barrett, and the government does not object to the relief requested by Appellant.

WHEREFORE, Appellant respectfully requests that the United States Court of Appeals for the Fourth Circuit suspend briefing in this case and hold the appeal in abeyance pending the Court's reconsideration of *United States v. Newbold,* No. 06-4159.

This the 16th day of May, 2014.

                              s/ Charles L. White
                              Charles L. White
                              Attorney for Appellant
                              Post Office Box 9518
                              Greensboro, North Carolina  27429
                              (336) 378-2746 - Telephone
                              N.C. Bar No. 9521
                              cleroy@mindspring.com

Certificate of Service

I hereby certify that on May 16, 2014, the foregoing Motion for Extension of Time was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Any other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 16th day of May, 2014

                                        s/ Charles L White
                                        Charles L. White
                                        Attorney at Law
                                        P.O. Box 9518
                                        Greensboro, NC  27429
                                        (336) 378-2746 - Telephone
                                        State Bar No. 9521
                                        cleroy@mindspring.com